# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MARY LANE**                                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 3:17-CV-00218-JTK**

**NANCY BERRYHILL, DEPUTY COMMISSIONER
FOR OPERATIONS, performing the duties and functions
not reserved to the Commissioner of Social Security**          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 17th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE